UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                                                                                   CASE NO.: 19-51973-lrc
                                                                                                               CHAPTER 13

Allen Laurence Richardson,

  Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of SELENE FINANCE LP ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Andrea Betts, ESQ.**
**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                              RAS CRANE, LLC
                              Attorney for Secured Creditor
                              10700 Abbott's Bridge Road, Suite 170
                              Duluth, GA 30097
                              Telephone: 470-321-7112
                              Facsimile: 404-393-1425

                              By: _\S\Andrea Betts_
                                  Andrea Betts, Esquire
                                  Georgia Bar No. 432863
                                  Communication Email: abetts@rascrane.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on February 15, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

**HOWARD P. SLOMKA**
**SLIPAKOFF & SLOMKA, PC**
**OVERLOOK III - SUITE 1700**
**2859 PACES FERRY RD, SE**
**ATLANTA, GA  30339**

**ALLEN LAURENCE RICHARDSON**
**574 HARALSON DRIVE SW**
**LILBURN, GA  30047**

**MELISSA J. DAVEY**
**MELISSA J. DAVEY, STANDING CH 13 TRUSTEE**
**260 PEACHTREE STREET, NW**
**SUITE 200**
**ATLANTA, GA  30303**

RAS CRANE, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: _\S\Andrea Betts_
   Andrea Betts, Esquire
   Georgia Bar No. 432863
   Communication Email: abetts@rascrane.com