THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 19-51973-lrc |
| ALLEN LAURENCE RICHARDSON, | CHAPTER 13 |
| Debtor. | JUDGE LISA RITCHEY CRAIG |
| HP GEORGIA I LLC d/b/a HOME PARTNERS OF AMERICA, PATHLIGHT PROPERTY MANAGEMENT,<br>    Movant,<br><br>vs.<br><br>ALLEN LAURENCE RICHARDSON,<br>    Debtor,<br><br>RUBY DANCIL,<br>    Non-Filing Co-Debtor,<br><br>YOLANDA RICHARDSON,<br>    Non-Filing Co-Debtor,<br><br>MELISSA J. DAVEY,<br>    Trustee,<br>    Respondents. | CONTESTED MATTER |

**MOTION FOR RELIEF FROM AUTOMATIC STAY
AND RELIEF FROM CO-DEBTOR STAY**

**COMES NOW**, HP GEORGIA I LLC d/b/a HOME PARTNERS OF AMERICA, PATHLIGHT PROPERTY MANAGEMENT ("Movant") and hereby moves this Court for relief from the automatic stay pursuant to 11 U.S.C. § 362(d), and relief from co-debtor stay with respect to certain real property. In support thereof, Movant shows as follows:

1.

ALLEN LAURENCE RICHARDSON ("Debtor") having filed a voluntary petition pursuant to 11 U.S.C. § 1301, *et seq.*, is subject to the jurisdiction of this Court.

2.

This Court has jurisdiction over this matter pursuant to 11 U.S.C. § 362.

3.

Movant is the landlord of certain real property located at 574 Haralson Dr. SW, Lilburn, Georgia 30047 ("Property"), currently leased to Debtor and RUBY DANCIL and YOLANDA RICHARDSON (collectively, "Non-Filing Co-Debtor") pursuant to a residential lease agreement entered into on or about September 21, 2016 ("Lease"), with a current rental rate of $3,020.00 per month ("Rent") for a term beginning on October 1, 2018 and ending on October 31, 2019. In the event Rent is not received by the fifth (5th) calendar day of each month, a late of $140.00 is incurred ("Late Fee").

4.

The Property is listed as Debtor's address in the Petition [Doc. 1, p. 2].

5.

Movant seeks relief in order to undertake dispossessory proceedings ("Dispossessory"), in Gwinnett County, Georgia, to dispossess Debtor along with any other occupants from the Property for failure to pay rent under the Lease. Movant's decision for a Dispossessory was stayed once

Movant was made aware of Debtor's voluntary petition.

6.

Debtor and Non-Filing Co-Debtor defaulted under the terms of the Lease by failing to pay Rent, Late Fees, and other applicable charges under the Lease as required for March, 2019 through the date of the instant motion.  As of the date of the instant motion, Debtor and Non-Filing Co-Debtor owe a total of **$3,465.00**.  Debtor and Non-Filing Co-Debtor continue to accrue arrearages of Rent, Late Fees, and other applicable charges.

7.

Debtor and Non-Filing Co-Debtor have caused Movant undue hardship. Movant is unable to continue with the Dispossessory and exercise its state law remedies due to the automatic stay and has incurred costly attorney fees as a result of Debtor's and Non-Filing Co-Debtor's actions and filings.

8.

Because Debtor and Non-Filing Co-Debtor have demonstrated a continuing default and a clear inability to make payments required under the Lease and has not submitted any documentation to the contrary under the provisions of the bankruptcy code, Movant is not adequately protected. For the above and foregoing reasons, Movant asserts that cause exists sufficient to waive the requirements of Bankruptcy Rule 4001(a)(3).

9.

Because there is no equitable or legal interest in the Property which could benefit the Estate and such property is not part of the Estate, the Trustee's interest should be deemed abandoned, the Lease rejected, and the stay should be lifted with regard to Movant to allow it to continue with the Dispossessory to dispossess Debtor and Non-Filing Co-Debtor along with Debtor's and Non-

Filing Co-Debtor's personal property, and obtain a monetary judgment as to all post-petition rents, to the extent permitted by law, while Debtor and Non-Filing Co-Debtor remain in possession of the Property.

10.

Because the Lease provides that Debtor and Non-Filing Co-Debtor are responsible for Movant's attorney's fees in pursuing legal action, Movant is entitled to reasonable attorney's fees from Debtor and Non-Filing Co-Debtor.

**WHEREFORE**, Movant prays for the following relief:

(A) An Order granting Movant relief from the automatic stay and co-debtor stay entered under 11 U.S.C. § 362 for all purposes allowed by applicable law, including but not limited to, authorizing Movant to exercise its state law remedies, specifically to continue the Dispossessory against Debtor, Non-Filing Co-Debtor, and all other occupants and to remove all personal property and personal effects of the same from the Property and/or a monetary judgment for all post-petition amounts currently due under the Lease to the extent permitted by law;

(B) That the Lease be deemed rejected;

(C) The Court award Movant reasonable attorney's fees, costs, and fees of bringing the instant motion;

(D) The Court waive the 14-day stay of Bankruptcy Rule 4001(a)(3); and

(E) For such other and further relief as the Court deems just and equitable.

Dated: April 19, 2019.

Respectfully Submitted,

/s/ Lynn M. Wilson, Esq.
Lynn M. Wilson, Esq.
Georgia Bar No. 768852
Counsel for Movant

Morris, Manning & Martin, LLP
990 Hammond Drive, Suite 300
Atlanta, Georgia 30328
Telephone: (404) 255-6900
Facsimile: (404) 843-2317

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 19-51973-lrc |
| ALLEN LAURENCE RICHARDSON, | CHAPTER 13 |
| Debtor. | JUDGE LISA RITCHEY CRAIG |
| HP GEORGIA I LLC d/b/a HOME PARTNERS OF AMERICA, PATHLIGHT PROPERTY MANAGEMENT,<br>Movant,<br><br>vs.<br><br>ALLEN LAURENCE RICHARDSON,<br>Debtor,<br><br>RUBY DANCIL,<br>Non-Filing Co-Debtor,<br><br>YOLANDA RICHARDSON,<br>Non-Filing Co-Debtor,<br><br>MELISSA J. DAVEY,<br>Trustee,<br>Respondents. | CONTESTED MATTER |

**REQUEST FOR HEARING**

**PLEASE TAKE NOTICE** that HP GEORGIA I LLC d/b/a HOME PARTNERS OF AMERICA, PATHLIGHT PROPERTY MANAGEMENT, Movant, has filed a Motion for Relief, dated April 19, 2019, and related papers with the Court seeking an order modifying the automatic stay and co-debtor stay.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the motion in **Courtroom 1204, Richard B. Russell Federal Building and U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, 30303, at 1:15 p.m. on May 14, 2019**.

Your rights may be affected by the Court's ruling on these pleadings. You should read the pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you filed a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that the Clerk receives it at least two (2) business days before the hearing. The address of the Clerk's office is: **<ins>Clerk, United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303</ins>.** You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty (30) days of filing the motion and agrees to a hearing on the earliest possible date. If the Court cannot render a final decision within sixty (60) days of the date of the request, Movant waives the requirement that a final decision be issued within that period.

Dated: April 19, 2019.

                                                Prepared By:

                                                <ins>/s/ Lynn M. Wilson, Esq.</ins>
                                                Lynn M. Wilson, Esq.
                                                Georgia Bar No. 768852
                                                Counsel for Movant

Morris, Manning & Martin, LLP
990 Hammond Drive, Suite 300
Atlanta, Georgia 30328
Telephone: (404) 255-6900
Facsimile: (404) 843-2317

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 19-51973-lrc |
| ALLEN LAURENCE RICHARDSON, | CHAPTER 13 |
| Debtor. | JUDGE LISA RITCHEY CRAIG |
| HP GEORGIA I LLC d/b/a HOME PARTNERS OF AMERICA, PATHLIGHT PROPERTY MANAGEMENT,<br>　　Movant,<br><br>vs.<br><br>ALLEN LAURENCE RICHARDSON,<br>　　Debtor,<br><br>RUBY DANCIL,<br>　　Non-Filing Co-Debtor,<br><br>YOLANDA RICHARDSON,<br>　　Non-Filing Co-Debtor,<br><br>MELISSA J. DAVEY,<br>　　Trustee,<br>　　Respondents. | CONTESTED MATTER |

**CERTIFICATE OF SERVICE**

This is to certify that I have served a copy of Movant's **MOTION FOR RELIEF FROM AUTOMATIC STAY AND RELIEF FROM CO-DEBTOR STAY** and **REQUEST FOR HEARING** electronically or by depositing same in the United States First Mail in a properly addressed envelope to each with adequate postage thereon as follows:

Howard P. Slomka, Esq.
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd. SE
Atlanta, GA  30339

Ruby Dancil
574 Haralson Drive SW
Lilburn, GA  30047

Melissa J. Davey, Trustee
Suite 200
260 Peachtree Street, NW
Atlanta, GA  30303

Dated: April 19, 2019

Morris, Manning & Martin, LLP
990 Hammond Drive, Suite 300
Atlanta, Georgia 30328
Telephone: (404) 255-6900
Facsimile: (404) 843-2317

Yolanda Richardson
574 Haralson Drive SW
Lilburn, GA  30047


 /s/ Lynn M. Wilson, Esq.
 Lynn M. Wilson, Esq.
 Georgia Bar No. 768852
 Counsel for Movant

## DISTRIBUTION LIST

### *Debtor*

ALLEN LAURENCE RICHARDSON
574 Haralson Drive SW
Lilburn, GA  30047

### *Debtor's Attorney*

Howard P. Slomka, Esq.
Slipakoff & Slomka, PC
Overlook III, Suite 1700
2859 Paces Ferry Rd. SE
Atlanta, GA  30339

### *Non-Filing Co-Debtor*

RUBY DANCIL
574 Haralson Drive SW
Lilburn, GA  30047

### *Non-Filing Co-Debtor*

YOLANDA RICHARDSON
574 Haralson Drive SW
Lilburn, GA  30047

### *Trustee*

MELISSA J. DAVEY
Suite 200
260 Peachtree Street, NW
Atlanta, GA  30303

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA  30303