UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **ALLEN LAURENCE RICHARDSON,** | ) | **CASE NO. 19-51973-LRC** |
| | ) | |
| DEBTOR. | ) | |

**TRUSTEE'S SUPPLEMENTAL REPORT**

At the hearing on Confirmation held on August 13, 2019, Trustee requested that the hearing be reset to September 24, 2019. However, Trustee also announced an agreement that if Debtor failed to pay at least $2,630.00 within twenty (20) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

The Debtor has failed to pay $2,630.00.

Please enter an Order of Dismissal.

Dated: This the ___5___ day of Spt., 2019.

/s/
_____
Mandy K. Campbell,
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

Melissa J. Davey, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia 30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ALLEN LAURENCE RICHARDSON | ) | CHAPTER 13 |
| | ) | CASE NO.: 19-51973-LRC |
| | ) | |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Trustee's Supplemental Report using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Andrea Lynn Betts    abetts@rascrane.com
Howard P. Slomka    se@myatllaw.com, myecfcalendar@gmail.com;myatllaw@gmail.com;info@myatllaw.com;notices@nextchapterbk.com;SlomkaTR74878@notify.bestcase.com
Lynn Marie Wilson    lwilson@mmmlaw.com

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

DEBTOR(S):
ALLEN LAURENCE RICHARDSON
574 HARALSON DRIVE SW
LILBURN, GA 30047

This ___ day of Sept. 2019.

/s/ Mandy K. Campbell
Mandy K. Campbell
Attorney for Melissa J. Davey, Chapter 13 Trustee
GA Bar No. 142676
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone: 678-510-1444
Facsimile: 678-510-1450
mcampbell@13trusteeatlanta.com